EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 420-2022-00427 |

_____ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mrs. Keyarah Mckenzie Smith
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

**Name**: UAB DEPARTMENT OF NEUROLOGY
**No. Employees, Members**: 500 or More
**Phone No.** (Include Area Code):

**Street Address**: 1720 7th Ave South, Birmingham, AL 35233

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 09-02-2021   Latest: 11-01-2021
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. I am a female individual. I was hired by the Company on June 10, 2019, as an Office Service Specialist III. On or about September 2, 2021, I complained to Dr. Ubogu, Director of Neuromuscular Department via email. I informed Dr. Ubogu that I did not have a lactation room, which was easily accessible to the location where I worked. I asked that I be provided time for me to perform my lactation activities. The fact that I had to go to areas which were not accessible to my work location, caused me to take additional time during my lactation activities. I was harassed about having to take time to do this. In this email, I also informed Dr. Ubogu that I was pregnant. Dr. Ubogu informed me that we would have a meeting on September 7, 2021, to address my concerns. However, the meeting was conducted without my presence. The Company failed to provide a lactation room near my work location and failed to address the harassing treatment I received. On or about September 12, 2021, I requested Family Medical Leave (FMLA). I was out on leave without pay, when my FMLA was denied on October 25, 2021 and was terminated on November 1, 2021.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 11/29/2021
*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2022-00427 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

**II. I was given no reason for the treatment I received. I was told my leave was denied and I was terminated because of current staffing shortages.**

**III. I believe I was discriminated and retaliated against due to a condition (pregnancy) related to my sex (female); for requesting an accommodation and for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended and the Title I of the Americans with Disabilities Act of 1990, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |
| Date          Charging Party Signature | |